the evidence was sufficient to establish the relation of debtor and creditor between the defendant and plaintiff on or before the date in which the defendant, without notice to the plaintiff, sold at public aution nearly all its stock of merchandise in contravention of the Bulk Sales Act [Cal. Ill. St. Supp. 1916, ¶¶ 10,021 (1)-10,021 (3) ], and that a writ of attachment was improperly quashed.

---

### National Bank of the Republic of Chicago, Defendant in Error, v. Arthur K. Hitomi et al., Plaintiffs in Error.

### Gen. No. 22,103.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH P. RAF-FERTY, Judge, presiding.   Heard in this court at the March term, 1916.   Affirmed.   Opinion filed June 6, 1916.

### Statement of the Case.

Action by the National Bank of the Republic of Chicago, plaintiff, against Arthur K. Hitomi and others, defendants.   To reverse a judgment for plaintiff, defendants prosecute a writ of error.

An order was entered in this cause striking the bill of exceptions from the record.   The plaintiff moved the court to affirm the judgment on the ground that the assignments of error and the brief and argument of the defendant touched only points appearing by the bill of exceptions, which the court found to be true. No errors were assigned or argued arising upon the statutory record.

ERNEST SAUNDERS, for plaintiffs in error.

NEWMAN, POPPENHUSEN & STEIN, for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1751*—*when judgment affirmed after striking. bill of exception from files.* Where on review assignments of error touch points appearing only by a bill of exceptions, which has been stricken from the record, the judgment will be affirmed.

---

**Harry J. Grimm, Executor, Defendant in Error, v. Clark Delivery Car Company, Plaintiff in Error.**

### Gen. No. 22,134.   (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. CLARENCE N. GOODWIN, Judge, presiding. Heard in this court at the March term, 1916. Reversed with finding of facts. Opinion filed June 19, 1916.

### Statement of the Case.

Action by Harry J. Grimm, executor of the estate of Henry E. Grimm, deceased, plaintiff, against the Clark Delivery Car Company, defendant, to recover damages for the death of his testator. To reverse a judgment for plaintiff, defendant prosecutes a writ of error.

Henry E. Grimm while crossing Clark street at its intersection with Adams street in Chicago was struck by an automobile truck and received injuries resulting in his death. His executor brought suit against the defendant Clark Delivery Car Company, which owned the truck. Deceased was thirty-five years of age, physically active, with good eyesight and hearing.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.